# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2020

161863

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MACK TIGGART,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161863
COA: 354242
Wayne CC: 89-014735-FC

On order of the Court, the application for leave to appeal the July 29, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2020



Clerk

s0909